**Deny Writ and Opinion Filed May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00548-CV

### No. 05-14-00549-CV

### IN RE RICKY VERA LOPEZ, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-505-78**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Relator files this petition for writ of mandamus requesting that the Court order the trial court to file his petition for writ of habeas corpus. On the record before the Court, relator has not established that he is entitled to relief. *See* TEX. R. APP. P. 52.7; *Simon v. Levario*, 306 S.W.3d 318, 320 (Tex. Crim. App. 2009). Accordingly, we **DENY** the petition for writ of mandamus.

140548F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE